# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KAYLEN LERON MCDILE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-CV-00609 JMB |
| ) | |
| STATE OF MISSOURI, et al. ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of pro se plaintiff Kaylen McDile's complaint. Plaintiff instituted this action without paying the required $405 filing fee or filing a motion seeking leave to proceed in forma pauperis. Plaintiff will have twenty-one (21) days to either pay the full filing fee or file a motion to proceed in forma pauperis and provide a certified prison account statement.

Accordingly,

**IT IS HEREBY ORDERED** that, within twenty-one (21) days of the date of this Order, plaintiff shall either pay the full $405 filing fee, or file a motion for leave to proceed in forma pauperis along with an accompanying certified prison account statement.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FINALLY ORDERED** that plaintiff's failure to timely comply with this Order will result in the dismissal of this case, without prejudice and without further notice.

Dated this 30th day of April, 2024.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE